UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIEN LE,<br><br>    Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States of America, *et al*,<br><br>    Defendants. | No. 8:25-cv-00104-MEMF-ADS<br><br>**ORDER RE: JOINT STIPULATION TO HOLD IN ABEYANCE BRIEFING AND ADJUDICATION OF PLAINTIFF'S EX PARTE APPLICATION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER AND TEMPORARY INJUNCTION**<br><br>Hon. Maame Ewusi-Mensah Frimpong<br>United States District Judge |

    THIS CAUSE comes before the Court upon the parties' joint stipulation and request to hold in abeyance briefing and adjudication of Plaintiff's *ex parte* application for entry of a temporary restraining order ("TRO") and temporary injunction (ECF Nos. 6, 10) (collectively "Plaintiff's application").

    UPON CONSIDERATION of the stipulation, and for the reasons set forth therein, the Court hereby holds briefing and adjudication of Plaintiff's application IN ABEYANCE, and VACATES all deadlines and hearings regarding the Plaintiff's application and the Court's Order to Show Cause (ECF No. 13);

FURTHER, because the parties have requested only to "stay further proceedings on this motion," all other deadlines—including the deadline for filing a responsive pleading—shall remain in effect;

FURTHER, Defendants shall promptly notify this Court within three days if any of the following occur: (1) the government seeks to stay the TRO entered in *Washington v. Trump*, No. 2:25-cv-00127-JCC, ECF Nos. 43, 44 (W.D. Wash. Jan. 23, 2025) ("*Washington v. Trump* TRO") or any subsequent preliminary injunction in a federal appellate court, (2) any court of competent jurisdiction lifts the *Washington v. Trump* TRO, (3) the *Washington v. Trump* TRO otherwise ceases to be in effect, or (4) a preliminary injunction is not granted and the *Washington v. Trump* TRO expires; and

FURTHER, following Defendants' filing of such notice, Defendants shall have five days to file their response to Plaintiff's application.

Dated: January 24, 2025

_____
HON. MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE