UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIEN LE,<br><br>　　Plaintiff,<br><br>　　v.<br><br>DONALD J. TRUMP, President of the United States of America, *et al.*,<br><br>　　Defendants. | No. 8:25-cv-00104-MEMF-ADS<br><br>**ORDER RE: JOINT STIPULATION TO STAY CASE [ECF NO. 18]**<br><br>Hon. Maame Ewusi-Mensah Frimpong<br>United States District Judge |

　　Having read and considered the parties' joint stipulation and request to stay this case, ECF No. 18, and finding good cause therefor:

　　IT IS HEREBY ORDERED that this case is STAYED pending further status updates from the parties;

　　IT IS FURTHER ORDERED that the parties shall file a joint report every ninety (90) days, starting from the date of this Order, which shall include a summary of the status of the other cases referenced in the joint stipulation;

1

IT IS FURTHER ORDERED that Defendants shall promptly notify this Court ("Notice") within five (5) days if Executive Order 14160, *Protecting the Meaning and Value of American Citizenship*, is allowed to take effect in this Court's jurisdiction;

IT IS FURTHER ORDERED that following Defendants' filing of such Notice, Defendants shall have five (5) days to file their response ("Response") to Plaintiff's *ex parte* application for entry of a nationwide temporary restraining order and temporary injunction;

IT IS FURTHER ORDERED that following Defendants' filing of such Response, Plaintiff shall have five (5) days to file any reply in support of Plaintiff's *ex parte* application for entry of a nationwide temporary restraining order and temporary injunction; and

IT IS FURTHER ORDERED that following Defendants' filing of the aforementioned Notice, the parties shall meet and confer and file within fifteen (15) days a joint proposal with respect to further proceedings in this case, including deadlines for responsive pleadings.

Dated: February 14, 2025

_____
HON. MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE