JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No: 8:25-cv-00104-MEMF-ADSx                Date: March 16, 2026

Title: Thien Le v. Donald J. Trump et al

PRESENT:  The Honorable Maame Ewusi-Mensah Frimpong, Judge

|  Damon Berry  |  Not Present  |
| --- | --- |
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| --- | --- |
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS)**

The Court is in receipt of the parties' Joint Status Report, Dkt. No. 27, and the enclosed request that this Court continue this case's stay pending receipt of a status report within ninety days. The request is approved, and this case will remain stayed pending the parties' filing of a joint status report by June 9, 2026, and every ninety days thereafter. The case will remain administratively closed. Future failures to timely file reports within this time frame may lead to this Court, without further warning, dismissing this matter for failure to comply with a Court order and/or issuing an order to show cause as to why sanctions should not issue.

MINUTES FORM 11                                                Initials of Clerk: DBE
CIVIL-GEN