UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIEN LE,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States of America, *et al*.,<br><br>Defendants. | Case No. 8:25-cv-00104-MEMF-ADS<br><br>**JUDGMENT**<br><br>Hon. Maame Ewusi-Mensah Frimpong<br>United States District Judge |

**JUDGMENT**

It is hereby ORDERED, ADJUDGED, and DECREED that judgment is entered in Plaintiff's favor and against Defendants on Count I (Fourteenth Amendment) and Count II (8 U.S.C. §1401(a)) of their Complaint for the reasons explained by the Supreme Court in *Trump et al. v. Barbara*, 609 U.S. ___, 146 S. Ct. 2438 (2026). Counts III and IV of Plaintiffs' Complaint are DISMISSED without prejudice. Defendants United States Department of Homeland Security, United States Department of State, Secretary of Agriculture of the United States, and Centers for Medicare and Medicaid Services, and all officers, agents, employees, attorneys, and any other persons acting in concert with or on behalf of any named Defendants in this

action (including agents, employees, or other representatives of the President of the United States) are PERMANENTLY ENJOINED from enforcing Executive Order 14160 against Plaintiff Thien Le or her children born within the United States after filing of the Complaint.

**IT IS SO ORDERED.**

DATED: October 22, 2026.

Hon. Maame Ewusi-Mensah Frimpong
United States District Judge